# IN THE SUPREME COURT OF TEXAS

## Misc. Docket No. 20-9015

### TRANSFER OF CASE
### FROM THE THIRD COURT OF APPEALS
### TO THE FOURTEENTH COURT OF APPEALS

Pursuant to Tex. Gov't Code § 73.001, the following case is hereby transferred from the Court of Appeals for the Third District, Austin, Texas, to the Court of Appeals for the Fourteenth District, Houston, Texas:

Case No. 03-20-00107-CV
*In re Celina Jean Harp*

The Third Court of Appeals will make the necessary order for the transfer of the case directed hereby and will cause the Clerk of that Court to transfer or transmit all filings in the case, and verify all orders made, to the Fourteenth Court of Appeals. Upon completion of the transfer, the Third Court of Appeals shall provide notice of the transfer to the Supreme Court and the State Office of Court Administration.

**ORDERED by the Supreme Court of Texas, in Chambers,**

With the Seal thereof affixed at the City of Austin, this 11th day of February, 2020.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS